No. 88–894.   REARDON ET AL. *v.* MILLER, JUDGE, SUPERIOR COURT OF NEW JERSEY, CHANCERY·DIVISION, CAMDEN COUNTY, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–908.   TURKS *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir.   Certiorari denied.

No. 88–944.   BARROW *v.* HARRISON ET AL.   C. A. 11th Cir. Certiorari denied.

No. 88–951.   WILLNER *v.* UNIVERSITY OF KANSAS; and WILLNER *v.* BUDIG ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 88–959.   RIOS *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 88–969.   LOMBARDO *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 88–973.   SOUTHERN INDIANA GAS & ELECTRIC CO. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 7th Cir.   Certiorari denied.

No. 88–996.   FENN *v.* CONNECTICUT.   App. Ct. Conn.   Certiorari denied.

No. 88–5180.   PLAZINICH *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 88–5421.   NEWTON *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 88–5486.   ANDERSON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 88–5557.   ANGLIN *v.* NEWSOME, SUPERINTENDENT, GEORGIA STATE PRISON, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–5561.   GILMORE *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR.   C. A. D. C. Cir.   Certiorari denied.